[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-15921
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-20067-WPD-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS VASQUEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(June 6, 2017)

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Arthur Wallace, appointed counsel for Carlos Vasquez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vasquez's conviction and sentence are **AFFIRMED**.